IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **PAUL MANDRIK** | ) | No. 14 B 10152 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 30, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                              BY:/s/ Gina B. Krol
                                                                    Ch 7 Bankruptcy Trustee

Service List:

Atlas Acquisitions, LLC
GE Money Bank
294 Union Street
Hackensack, NY   07601

Atlas Acquisitions, LLC
Citibank SD
294 Union Street
Hackensack, NY   07601

Atlas Acquisitions, LLC assignee of General Electric Capital Corporation
294 Union Street
Hackensack, NJ   07601

Atlas Acquisitions, LLC
HSBC Bank Nevada, NA
294 Union Street
Hackensack, NJ   07601

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH   43054-3025

Goldstine Skrodzki Russian Nemec & Hoff, Ltd.
835 McClintock Drive, 2nd Floor
Burr Ridge, IL   60527

Pipe Team Investments, LLC
c/o Nigro Westfall & Gryska, PC
1793 Bloomingdale Road
Glendale Heights, IL   60139

Internal Revenue Service
P./O. Box 21126
Philadelphia, PA   19114

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Suburban Home Restoration, Ltd.
c/o Timothy S. Newbold, Attorney
191 Waukegan Road, Ste 104
Northfield, IL   60093

Linda Bal
lindabal@att.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov