UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MANDRIK, PAUL JAMES | § | Case No. 14-10152 DRC |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 88,481.00 *(Without deducting any secured claims)* | Assets Exempt: 18,244.74 |
| Total Distributions to Claimants: 10,965.44 | Claims Discharged Without Payment: 112,159.89 |
| Total Expenses of Administration: 2,634.56 | |

3) Total gross receipts of $ 13,600.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 13,600.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 82,861.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,634.56 | 2,634.56 | 2,634.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,700.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,881.00 | 68,414.33 | 68,414.33 | 10,965.44 |
| **TOTAL DISBURSEMENTS** | $ 190,442.00 | $ 71,048.89 | $ 71,048.89 | $ 13,600.00 |

    4)  This case was originally filed under chapter 7 on  03/20/2014 .  The case was pending for 32 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated:  11/10/2016              By:/s/GINA B. KROL
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Proceeds from Sale of Vehicle | 1229-000 | 13,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,600.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE PO BOX 24696 COLUMBUS, OH 43224 | | 51,947.00 | NA | NA | 0.00 |
| | CHASE PO BOX 24696 COLUMBUS, OH 43224 | | 30,914.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 82,861.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 2,110.00 | 2,110.00 | 2,110.00 |
| GINA KROL | 2200-000 | NA | 11.64 | 11.64 | 11.64 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 7.69 | 7.69 | 7.69 |
| ADAMS-LEVINE | 2300-000 | NA | 7.45 | 7.45 | 7.45 |
| ASSOCIATED BANK | 2600-000 | NA | 497.78 | 497.78 | 497.78 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,634.56 | $ 2,634.56 | $ 2,634.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | 7,700.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 7,700.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATG CREDIT 1700 W CORTLAND ST STE 2 CHICAGO, IL 60622 | | 187.00 | NA | NA | 0.00 |
| | Allied Interstate LLC P.O. Box 4000 Warrenton, VA 20188 | | 4,155.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker&Moore 125 S. Wacker Dr., Suite 400 Chicago, IL 60606-4440 | | 2,938.00 | NA | NA | 0.00 |
| | Bleecker, Brodey & Andrews 9247 N. Meridian St., Ste. 101 Indianapolis, IN 46260 | | 5,334.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt & Gaines, P.C. 661 Glenn Ave. Wheeling, IL 60090 | | 4,091.00 | NA | NA | 0.00 |
| | Blitt & Gaines, P.C. 661 Glenn Ave. Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | CHASE PO BOX 15298 WILMINGTON, DE 19850 | | 4,548.00 | NA | NA | 0.00 |
| | Chase Mht Bk ATTN:BANKRUPTCY DEPT PO BOX 15298 WILMINGTON, DE 19850 | | 2,703.00 | NA | NA | 0.00 |
| | Crestwood Group LLC PO BOX 22928 Cleveland, OH 44122-0928 | | 76.00 | NA | NA | 0.00 |
| | Fastenal PO BOX 978 Winona, MN 55987 | | 963.00 | NA | NA | 0.00 |
| | First Choice Assets 352 Sonwil Dr. Cheektowaga, NY 14225-5520 | | 2,416.00 | NA | NA | 0.00 |
| | Firstsource Advantage PO BOX 628 Buffalo, NY 14240-0628 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Firstsource Financial Solutions f/k/a Firstsource Financial Sol. PO BOX 33009 Phoenix, AZ 85067-3009 | | 3,976.00 | NA | NA | 0.00 |
| | Joe Kraus 3222 Marbill Farm Rd. Montgomery, IL 60538 | | 5,000.00 | NA | NA | 0.00 |
| | KOHLS/CAPONE N56 W 17000 RIDGEWOOD DR MENOMONEE FALLS, WI 53051 | | 327.00 | NA | NA | 0.00 |
| | Kimball Midwest Dept. L-2780 Columbus, OH 43260-2780 | | 200.00 | NA | NA | 0.00 |
| | MIDLAND FUNDING 8875 AERO DR SAN DIEGO, CA 92123 | | 849.00 | NA | NA | 0.00 |
| | Midland Credit Management Po Box 60578 Los Angeles, CA 90060-0578 | | 3,521.00 | NA | NA | 0.00 |
| | Midland Credit Management Po Box 60578 Los Angeles, CA 90060-0578 | | 3,830.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management Po Box 60578 Los Angeles, CA 90060-0578 | | 784.00 | NA | NA | 0.00 |
| | NATIONAL RECOVERY AGEN 2491 PAXTON ST HARRISBURG, PA 17111 | | 72.00 | NA | NA | 0.00 |
| | Praxis Financial Solutions 7301 N. Lincoln Ave., Ste. 220 Lincolnwood, IL 60712-1733 | | 753.00 | NA | NA | 0.00 |
| | Receivable Management Services 4836 Brecksville Rd. PO BOX 523 Richfield, OH 44286 | | 90.00 | NA | NA | 0.00 |
| | Sunrise Credit Services PO BOX 9100 Farmingdale, NY 11735-9100 | | 198.00 | NA | NA | 0.00 |
| 000006 | GOLDSTINE SKRODZKI RUSSIAN NEMEC AN | 7100-000 | 972.00 | 972.50 | 972.50 | 155.87 |
| 000008 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 5,177.72 | 5,177.72 | 829.88 |
| 000007 | PIPE TEAM INVESTMENTS, LLC | 7100-000 | 36,401.00 | 39,475.19 | 39,475.19 | 6,327.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | SUBURBAN HOME RESTORATION LTD | 7100-000 | 2,788.00 | 2,788.58 | 2,788.58 | 446.96 |
| 000002 | ATLAS ACQUISITIONS LLC (CITIBANK (S | 7100-900 | NA | 2,967.33 | 2,967.33 | 475.60 |
| 000001 | ATLAS ACQUISITIONS LLC (GE MONEY BA | 7100-900 | NA | 5,532.20 | 5,532.20 | 886.70 |
| 000004 | ATLAS ACQUISITIONS LLC (HSBC BANK N | 7100-900 | 3,648.00 | 4,219.33 | 4,219.33 | 676.28 |
| 000003 | ATLAS ACQUISITIONS LLC ASSIGNEE OF | 7100-900 | 432.00 | 464.46 | 464.46 | 74.44 |
| 000009 | CAPITAL ONE, N.A. | 7100-900 | 2,258.00 | 445.74 | 445.74 | 71.44 |
| 000005 | DISCOVER BANK | 7100-900 | 6,371.00 | 6,371.28 | 6,371.28 | 1,021.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 99,881.00 | $ 68,414.33 | $ 68,414.33 | $ 10,965.44 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-10152 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MANDRIK, PAUL JAMES | | | Date Filed (f) or Converted (c): | 03/20/14 (f) |
| | | | | 341(a) Meeting Date: | 04/15/14 |
| For Period Ending: | 11/10/16 | | | Claims Bar Date: | 09/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DUPLEX LOCATION: 1100 BROCKTON CT., AURORA IL 6050 | 103,481.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH | 20.00 | 0.00 | OA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 1.94 | 0.00 | OA | 0.00 | FA |
|    Checking Account ending in 4064 | | | | | |
|    JP Morgan Chase Bank | | | | | |
| 4. FINANCIAL ACCOUNTS | 13.80 | 0.00 | OA | 0.00 | FA |
|    Checking Account Ending in 8690 | | | | | |
|    JP Morgan Chase Bank | | | | | |
| 5. FINANCIAL ACCOUNTS | 5.00 | 0.00 | OA | 0.00 | FA |
|    Savings Account Ending in 6044 | | | | | |
|    JP Morgan Chase Bank | | | | | |
| 6. HOUSEHOLD GOODS | 225.00 | 0.00 | OA | 0.00 | FA |
| 7. WEARING APPAREL | 35.00 | 0.00 | OA | 0.00 | FA |
| 8. FURS AND JEWELRY | 95.00 | 0.00 | OA | 0.00 | FA |
| 9. STOCK | 8.00 | 0.00 | OA | 0.00 | FA |
|    2 Shares Alcatel-Lucent Technologies | | | | | |
| 10. LIQUIDATED CLAIMS | 200.00 | 0.00 | OA | 0.00 | FA |
|    Anticipated Income Tax Refunds | | | | | |
| 11. VEHICLES | 2,506.00 | 0.00 | OA | 0.00 | FA |
|    1997 Chevy Pick Up | | | | | |
| 12. VEHICLES | 50.00 | 0.00 | OA | 0.00 | FA |
|    1983 HOnda V45 Motorcycle | | | | | |
| 13. OFFICE EQUIPMENT | 85.00 | 0.00 | OA | 0.00 | FA |
|    Laptop & Printer | | | | | |
| 14. Proceeds from Sale of Vehicle (u) | 0.00 | 13,600.00 | | 13,600.00 | FA |
|    Trustee received communication after 341 meeting from creditor | | | | | |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 19.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 14-10152 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MANDRIK, PAUL JAMES | | | Date Filed (f) or Converted (c): | 03/20/14 (f) |
| | | | | 341(a) Meeting Date: | 04/15/14 |
| | | | | Claims Bar Date: | 09/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| attorney advising her that vehicle had been seized and sold. Trustee demanded turnover | | | | | |

|   |   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $106,725.74 | $13,600.00 | | $13,600.00 | $0.00 |
|   |   |   |   |   | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing set for 9/30/16; final distribution made 9/30/16; awaiting clearance of same; TDR to follow
October 11, 2016, 12:43 pm

Sent TFR to US Tee for review August 18, 2016, 11:04 am

Case is ready for claims review and TFR
October 08, 2015, 11:21 am

Review claims
October 22, 2014, 01:06 pm

Trustee received email from creditor attorney holding $13,600 in sale proceeds from assets seized and sold after the
Chapter 7 filing. Trustee obtained turnover.
October 01, 2014, 04:40 pm

Initial Projected Date of Final Report (TFR): 03/31/15      Current Projected Date of Final Report (TFR): 03/31/16

LFORM1                                                                                                                                                         Ver: 19.06b
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 14-10152   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MANDRIK, PAUL JAMES | Date Filed (f) or Converted (c): | 03/20/14 (f) |
| | | 341(a) Meeting Date: | 04/15/14 |
| | | Claims Bar Date: | 09/12/14 |

/s/   GINA B. KROL
_____ Date: 11/10/16
      GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-10152 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MANDRIK, PAUL JAMES | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1004  Checking Account |
| Taxpayer ID No: | *******3433 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 14 | Dupage County Sheriff<br>Replevin & Levy Acct<br>501 N. County Farm Rd.<br>Wheaton, IL 60187 | Proceeds from sale of vehicle | 1229-000 | 13,600.00 | | 13,600.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,590.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.20 | 13,569.80 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.17 | 13,549.63 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.50 | 13,530.13 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.12 | 13,510.01 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.44 | 13,490.57 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.05 | 13,470.52 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.03 | 13,450.49 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | BOND<br>BOND | 2300-000 | | 7.69 | 13,442.80 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.06 | 13,424.74 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.96 | 13,404.78 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.29 | 13,385.49 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.90 | 13,365.59 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.23 | 13,346.36 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.84 | 13,326.52 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.81 | 13,306.71 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.15 | 13,287.56 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.75 | 13,267.81 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.09 | 13,248.72 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.70 | 13,229.02 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.67 | 13,209.35 |
| | | | Page Subtotals | | 13,600.00 | 390.65 | |

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10152 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MANDRIK, PAUL JAMES | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1004  Checking Account |
| Taxpayer ID No: | *******3433 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 7.45 | 13,201.90 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.37 | 13,183.53 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.60 | 13,163.93 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.94 | 13,144.99 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.54 | 13,125.45 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.88 | 13,106.57 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.49 | 13,087.08 |
| 09/30/16 | 030003 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 2,121.64 | 10,965.44 |
| | | | Fees         2,110.00 | 2100-000 | | | |
| | | | Expenses         11.64 | 2200-000 | | | |
| 09/30/16 | 030004 | Goldstine Skrodzki Russian Nemec and Hoff Ltd<br>835 McClintock Drive 2d Floor<br>Burr Ridge IL 60527 | Final Distribution<br>(6-1) Legal Services<br>(6-1)<br>Modified on 6.30.2014 to correct creditor's name (MG) | 7100-000 | | 155.87 | 10,809.57 |
| 09/30/16 | 030005 | Pipe Team Investments, LLC<br>c/o Nigro, Westfall & Gryska, P.C.<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139 | Final Distribution<br>(7-1) Proof of Claim for PIpe Team Investments, LLC<br>(7-1) Two Judgment Orders | 7100-000 | | 6,327.08 | 4,482.49 |
| 09/30/16 | 030006 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Final Distribution | 7100-000 | | 829.88 | 3,652.61 |
| 09/30/16 | 030007 | Suburban Home Restoration Ltd | Final Distribution | 7100-000 | | 446.96 | 3,205.65 |

Page Subtotals           0.00         10,003.70

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-10152 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MANDRIK, PAUL JAMES | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1004  Checking Account |
| Taxpayer ID No: | *******3433 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O Timothy S Newbold Atty at Law<br>191 Waukegan Road Suite 104<br>Northfield, IL 60093 | (10-1) Modified on 8/26/2014 to correct creditor address (KS) | | | | |
| 09/30/16 | 030008 | Atlas Acquisitions LLC (GE Money Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution | 7100-900 | | 886.70 | 2,318.95 |
| 09/30/16 | 030009 | Atlas Acquisitions LLC (Citibank (South Dakota),<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution | 7100-900 | | 475.60 | 1,843.35 |
| 09/30/16 | 030010 | Atlas Acquisitions LLC assignee of<br>General Electric Capital Corporation<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution<br>(3-1) Modified on 6.24.2014 to correct creditor's name (MG) | 7100-900 | | 74.44 | 1,768.91 |
| 09/30/16 | 030011 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution | 7100-900 | | 676.28 | 1,092.63 |
| 09/30/16 | 030012 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,021.19 | 71.44 |
| 09/30/16 | 030013 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(9-1) CREDIT CARD DEBT | 7100-900 | | 71.44 | 0.00 |

Page Subtotals    0.00    3,205.65

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 15)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10152 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MANDRIK, PAUL JAMES | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1004  Checking Account |
| Taxpayer ID No: | *******3433 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,600.00 | 13,600.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,600.00 | 13,600.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,600.00 | 13,600.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******1004 | | 13,600.00 | 13,600.00 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 13,600.00 | 13,600.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*